UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>LEVAN GROUP I, L.P.,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO. 23 Civ. 2655 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **August 3, 2023**, the parties shall file a joint status letter that addresses the status of Defendant's answer to the Complaint, which appears to have been due on May 18, 2023 (ECF No. 6), and the parties' efforts to progress this case to a resolution.

The initial pretrial conference scheduled for August 14, 2023 is CANCELLED.

The Clerk of Court is respectfully directed to terminate the conference.

Dated:　　　New York, New York
　　　　　　July 27, 2023

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**