UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

  -v-

LEVAN GROUP I, L.P.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 2655 (SLC)

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the in-person initial case management conference scheduled for Wednesday, September 27, 2023 is RESCHEDULED to **Tuesday, September 26, 2023 at 10:00 a.m.**, with the parties' joint proposed case management plan due by **September 19, 2023**. All other aspects of the Court's order at ECF No. 13 remain in effect.

Dated:        New York, New York
                August 4, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**