UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

  -v-

LEVAN GROUP I, L.P.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 2655 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The parties were required to submit a Report of Rule 26(f) Meeting and Proposed Case Management Plan by September 19, 2023 (ECF No. 14; see ECF No. 13), but failed to do so.  As a one-time courtesy, the Court sua sponte extends the parties' deadline to **September 21, 2023**. The parties are warned that failure to comply with this Order—and any further other Court Orders—may result in sanctions, including but not limited to dismissal of the action for failure to prosecute.

Dated:    New York, New York
           September 21, 2023

                                      SO ORDERED.

                                      SARAH L. CAVE
                                      United States Magistrate Judge