UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

  -v-

LEVAN GROUP I, L.P.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 2655 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 18 (the "PCMP")), the Court finds that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for September 26, 2023 is CANCELLED. The Court will enter the PCMP, with minor modifications, by separate order.

A status conference is scheduled for **Friday, December 15, 2023 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for September 26, 2023.

Dated: New York, New York
September 22, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge